UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINA C. CIURAR,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:20-cv-2089 JAM DB PS<br><br><br><br>ORDER |

Plaintiff Magdalina C. Ciurar is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 25, 2021, plaintiff's motion for leave to proceed in forma pauperis was granted and plaintiff was issued documents necessary for service of process. (ECF No. 5.) On April 8, 2022, plaintiff was ordered to show cause as to why this action should not be dismissed due to plaintiff's failure to file a declaration stating the date on which plaintiff submitted the documents necessary for service to the U.S. Marshal. (ECF No. 8.)

On May 3, 2022, plaintiff filed a "letter to request a continuation" because plaintiff did not receive the October 25, 2021 order.[1] (ECF No. 9 at 1.) Plaintiff's letter explains that plaintiff has

////

---

[1] The October 25, 2021 order and related documents were re-served on plaintiff on May 3, 2022.

1

previously experienced "misplacement of mail." (Id.)  Good cause appearing, plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 8, 2022 order to show cause (ECF No. 8) is discharged;

2. Plaintiff is directed to supply the U.S. Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall file a statement with the court that said documents have been submitted to the United States Marshal</u>; and

3. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: June 3, 2022              /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE